| | |
|---|---|
| PETER W. ALFERT, SBN 83139 | TODD BOLEY, SBN 68119 |
| **LAW OFFICES OF PETER ALFERT, APC** | ZOYA YARNYKH, SBN 258062 |
| 200 Pringle Ave., Suite 450 | **LAW OFFICES OF TODD BOLEY** |
| Walnut Creek, California 94596 | 2381 Mariner Square Drive, Suite 280 |
| Telephone: (925) 279-3009 | Alameda, CA 94501 |
| Facsimile: (925) 279-3342 | Telephone: (510) 836-4500 |
| | Facsimile: (510) 649-5170 |

Attorneys for Plaintiffs

GREGORY L. MYERS (SBN #95743)
**LAW OFFICES OF GREGORY L. MYERS**
1500 W. Shaw Ave., Suite 204
Fresno, CA 93711
Telephone: (559) 222-1005
Facsimile: (559) 222-0702
gmyers@fresno-law.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEPHANIE WARCHOL AND J.M., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM STEPHANIE WARCHOL,<br><br>PLAINTIFFS,<br><br>VS.<br><br>KINGS COUNTY OFFICE OF EDUCATION; JOYCE BINGHAM; DAMIEN PHILLIPS; AND DOES 1-20,<br><br>DEFENDANTS. | Case No. 1:17-cv-00106-DAD-MJS<br><br>**STIPULATION AND ORDER DIRECTING PRODUCTION OF REPORT OF KINGS COUNTY SHERIFF'S DEPARTMENT AND CRIMINAL COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto that:

1. This action arises out of allegations of abuse by Plaintiff J.M., who was a student at Shelly Baird School within Defendant Kings County Office of Education during the 2015-2016 school year. J.M. alleges that he was abused by Defendant Joyce Bingham. An incident of alleged abuse was reported to Kings County Sheriff's Department.

2. The Kings County Sheriff's Department conducted an investigation into these allegations, and prepared a report(s) related to the investigation, #15-K023940.

3. The investigation revealed that Defendant Bingham has been accused of child abuse before. On July 3, 2014, a school nurse reported to Damien Phillips that she witnessed Bingham slap a non-verbal, intellectually disabled student. The Sheriff's Department prepared a report documenting the allegation and investigation (#14K016773).

4. The parties respectfully request that the Court issue an order directing the release of Sheriff's report 14K016773 directly to counsel for Plaintiffs and Defendants. The parties agree that the materials will be used only for the purposes of this litigation and the related state court action (Superior Court of the State of California, Kings County, Case No. 16C-0353), and will be subject to the protective order in this action, and not be disclosed to any party other than the parties, counsel, employees of the law firms representing the parties and consultants retained by the parties for this litigation and the related state court action.

Dated: May 4, 2017 **LAW OFFICES OF TODD BOLEY**

By: /s/ Zoya Yarnykh
    ZOYA YARNYKH, SBN 258062
    Attorney for Plaintiffs

Dated: May 4, 2017 **LAW OFFICES OF GREGORY L. MYERS**

By: /s/ Gregory L. Myers
    GREGORY L. MYERS, SBN 95743
    Attorney for Defendants

STIPULATION AND ORDER - 1 -
1:17-CV-00106-DAD-MJS

**ORDER**

**THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFORE**, it is hereby ordered that Kings County Sheriff's Department release a copy of the report #14K016773 directly to counsel for Plaintiffs and Defendants herein. The material obtained from the Sheriff's Department will be used only for the purposes of this litigation and the related state court action, and will be subject to the protective order in this action, and will not be disclosed to any party other than the parties, counsel, employees of the law firms representing the parties and consultants retained by the parties for this litigation and the related state court action.

IT IS SO ORDERED.

Dated: May 10, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE